STATE OF NEBRASKA, APPELLEE, v. BUREN K. FULTON, APPELLANT.

194 N. W. 2d 187

Filed February 4, 1972. No. 38130.

R. Stanley Ditus, for appellant.

Clarence A. H. Meyer, Attorney General, and Melvin K. Kammerlohr, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SMITH, J.

Defendant pleaded guilty in county court to a charge of operating a motor vehicle upon public highways while he was under the influence of alcoholic liquor. The county court on March 13, 1971, imposed a fine of $100 and costs taxed at $22.50. It also revoked his operator's license for 6 months. Defendant voluntarily paid the

fine and costs, and surrendered his operator's license. On March 16 he perfected a purported appeal to district court. The county judge then returned the license to defendant. The district court dismissed the appeal. Defendant appeals.

Where a defendant in a criminal action has voluntarily paid a fine imposed upon him, he waives his right of appeal. Abbott v. State, 160 Neb. 275, 69 N. W. 2d 878 (1955).

The judgment is affirmed.

AFFIRMED.